RECEIVED
OCT 16 2019
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19 CR 813 SRC NCC |
| JESSE GOREE, | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Gregory M. Goodwin, Special Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with Felon in Possession of a Firearm in violation of 18 U.S.C. §922(g)(1), an offense for which a maximum 10-year imprisonment is prescribed under Title 18.

2. According to St. Louis Metropolitan Police Department Report #19-036516, on July 29, 2019, officers with the St. Louis Metropolitan Police Department were on patrol when they conducted a lawful car stop. Defendant was the passenger in the car.

3. During the stop, Defendant told officers "I just got out of prison and I'm on parole." The driver of the car gave consent to a search of the car which revealed a small man handbag under the passenger seat. Inside the bag was a .40 caliber handgun loaded with a 12 round magazine and an addition 26 round magazine loaded with 24 rounds. A records search revealed the handgun to have

been reported stolen. After being given the Miranda warnings, Defendant told officers "you sure you can't get rid of that gun?"

4. Defendant pleaded guilty in 2011 to tampering with a motor vehicle and received a suspended imposition of sentence and a term of probation (1222-CR02199). Defendant also pleaded guilty to possession of a controlled substance (15SL-CR01577-01) and received a suspended execution of sentence, in addition to another case where Defendant pleaded guilty to unlawful use of a weapon and distribution of a controlled substance (1422-CR03506-01) where Defendant again received a suspended execution of sentence. But, Defendant was not successful on probation, those terms were revoked, and Defendant was sent to prison. Defendant was then paroled when he committed this offense.

5. Detention is appropriate in this case. Defendant's criminal history and the facts and circumstances surrounding this charge demonstrates that there is a serious danger to the community that would be posed by the Defendant's release.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Gregory M. Goodwin*
GREGORY M. GOODWIN, #65929MO
Special Assistant United States Attorney